# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MICHAEL BENJAMIN                                                                                          PETITIONER
ADC #139727

5:16CV00199 BRW/PSH

WENDY KELLEY                                                                                              RESPONDENT
Director, Arkansas
Department of Correction

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge Billy Roy Wilson. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Petitioner Michael Benjamin filed a petition for a writ of *habeas corpus* and a motion for leave to proceed *in forma pauperis* on June 28, 2016. On June 30, 2016, the Court entered an order denying Benjamin's application for leave to proceed *in forma pauperis*, and directing him to pay the $5.00 filing fee within 30 days (Doc. No. 3). That same order warned Benjamin that his failure to comply would result in the recommended dismissal of his petition. More than 30 days have passed, and Benjamin has not paid the $5.00 filing fee or otherwise responded to the order. Under these circumstances, the Court concludes that the petition should be dismissed without prejudice for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have

inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Petitioner Michael Benjamin's petition be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee, failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE